UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORT ROSS HOMES, INC., et al.,

    Plaintiff,                                                Civil Action No. 11-CV-14070

vs.                                                       HON. BERNARD A. FRIEDMAN

MIKHAIL G. KHEYNSON, et al.,

    Defendants.
_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Magistrate Judge Michael Hluchaniuk has submitted a Report and Recommendation ("R&R") in which he recommends that the court grant the motion of defendant-counterplaintiff Business Development International, Inc. ("BDI") for default judgment [docket entry 77]. No party has objected to the R&R and the time to do so has expired. The court has reviewed the file and the R&R and believes the magistrate's recommendation is sound. Accordingly,

IT IS ORDERED that Magistrate Judge Hluchaniuk's R&R of September 13, 2012, is hereby accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that BDI's motion for default judgment is granted as to Fort Ross Homes, Inc. and Zao Modular Housing Corporation, jointly and severally, in the amount of $609,400, plus statutory interest.

                                                            S/ Bernard A. Friedman

                                                      _____
                                                      BERNARD A. FRIEDMAN
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 28, 2012
       Detroit, Michigan